IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CURTIS L. PARRY.<br><br>　　　　Defendant. | Case No. 2:22-cv-1442 TLN-KJN<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AGAINST DEFENDANT CURTIS L. PARRY |

　　　　BASED ON THE Stipulation for Entry of Judgment against Defendant Curtis L. Parry (hereafter "Mr. Parry") that was filed by the parties, and good cause appearing therefore, judgment should be entered against Mr. Parry as set forth below.

　　　　1.　　Regarding the income tax and related assessments for the 2000, 2001 and 2002 federal income tax years that are at issue in the complaint filed in this matter on August 15, 2022,

judgment should be entered against Mr. Parry as follows:

| Tax Year | Amount of Judgment |
|---|---|
| 2000 | $135,199.74 |
| 2001 | $376,472.98 |
| 2002 | $ 65,053.37 |

Interest and other statutory additions will accrue on these amounts from February 1, 2023 and any credits or payments made after that date will be subtracted, until the amounts are fully paid.

IT IS SO ORDERED.

Dated: January 11, 2023

_____
Troy L. Nunley
United States District Judge